FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 SEP -6 PM 2:56

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TIMOTHY E. MOSES ) | |
| GA BAR NO. 526535 ) | MOTION TO WITHDRAW |
| ) | |
| ) | |

MC407-041

NOW COMES TIMOTHY E. MOSES, and moves this Court for an Order Granting his Motion to Withdraw.

1. It is my desire to withdraw from admission to in the United States District Court for the Southern District of Georgia. Change in work patterns are so that I currently do not require admission to this Court. Specifically, the days of litigation appear behind me.

2. I have enjoyed my time as an appointed member of this distinctive bar, and am sincerely and most hopeful that should, in the future, my work patterns change and I desire re-admission, that I will be welcomed by this Court.

Respectfully submitted this 4th day of September, 2007.

TIMOTHY E. MOSES
GA BAR NUMBER 526535